AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00256 |
| Menachem Cohen | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 11/15/2022 |
| | ) Description: Complaint W/ Arrest Warran |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Menachem Cohen    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/15/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.15 12:05:33 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/15/2022, and the person was arrested on *(date)* 11/21/2022
at *(city and state)* Brooklyn, NY.

Date: 11/21/2022

Arresting officer's signature

Detective Sean J. Quealy
*Printed name and title*